TANENBAUM v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Minnie R. Tanenbaum against the city of New York.

No opinion. Motion denied, with $10 costs. Order filed.